UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DIAZ-SALOMON,<br><br>     Plaintiff,<br><br>v.<br><br>USA,<br><br>     Defendant. | Case No.: 23-CV-16-WVG<br><br>**ORDER DISMISSING AS MOOT PETITIONER'S PETITION TO VACATE** |

On January 3, 2023, Petitioner Martin Diaz-Salomon filed a Petition to Vacate under 28 USC section 2255 ("Petition to Vacate") seeking to challenge judgment of a conviction in case 21-CR-839-WVG-1. (ECF No. 1). The Petition to Vacate challenges the Court's October 17, 2022 sentence of 46 months of incarceration. *Id.* Upon review of the docket for case 21-CR-839-WVG-1, the Court finds no such sentence exists. (USA v. Diaz-Salomon, 21-CR-839-WVG-1). Petitioner was sentenced to a term of 5 months on May 18, 2021. (*Id.* at ECF No. 28.) Accordingly, Petitioner's Petition to Vacate under 28 USC section 2255 is DISMISSED as moot.

**IT IS SO ORDERED.**

DATED: January 9, 2023

                     _____
                     Hon. William V. Gallo
                     United States Magistrate Judge